HMS HUSSAR, INC.
211 BEDFORD PARK BLVD.
SUITE 6C
BRONX, NEW YORK 10458

Honorable Loretta A. Preska
Chief United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

RECEIVED
SDNY DOCKET UNIT
2017 MAR 29  PM 3:42

      Re: H.M.S. HUSSAR, Inc., v. The Unidentified, Wrecked, and Abandoned Sailing Vessel
      00 Civ. 00121 (LAP)

February 04, 2017

Dear Chief Judge Preska:

I am Joseph Governali, President of HMS Hussar, Inc., nothing has changed that position in spite of what you may have heard or not.  But a lot has changed within the infrastructure of my company, I was forced to terminate many of them including my attorney Alex Antzoulatous who is in business with my former investor causing a conflict of interest.   I still have Dr. Lloyd Ultan as my Chief Historian, several divers and my Secretary to the company.
But I give you my word of honor I will never give up, I will bring the HMS Hussar to the surface and I will vindicate the borough of the Bronx.
Everything that I've done so far from traveling to both Paris and England to do proper research to giving lectures at Portsmouth Shipyard Museum, there's always someone out ready to take credit.

I'm just a poor kid from the Bronx and a lot of people told me I'd never amount to anything but I kept the vision. Like the film Samson and Delilah when he's blind and makes his way to the pillars the whole coliseum is laughing at him …then you hear the crack of the stone and the coliseum goes stone quiet as it will be when CNN announces to the world that the poor kid from the Bronx Joseph Governali has discovered and brought to the surface the remains of the shipwreck HMS Hussar.

I again request a meeting with your honor so I could show some valuable information that has never been made public.

Thank you

Joseph Governali
President
HMS Hussar, Inc.
211 Bedford Pa
Bronx, New York 10458
347 208-1341

HMS HUSSAR, INC.
JOSEPH GOVERNALI
**PRESIDENT**

BRONX, NEW YORK
ASCOT, ENGLAND

Cell: 347 207-1341
Office: 347 271-8939
Joeytreasures@aol.com
www.HMSHUSSAR.net

RECEIVED
SDNY DOCKET UNIT
2017 MAR 29 PM 3:42

HMS HOSSAIN JDC
211 Bedford Park
Blvd 6C
Bronx, N.Y. 10458

HON. Loretta Preska
Chief U.S. Justice
U.S. District Court
Southern District of N.Y.
500 Pearl Street
Room 2220
New York, N.Y. 10007

10007-133099