UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.M.S. Hussar, Inc.,

    - v -

The Unidentified, Wrecked, and
Abandoned Sailing Vessel,

00 CIV 121 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than October 9, 2020 of the status of the action/remaining claims/defendants. Failure to do so may result in the dismissal of the case, without prejudice for failure to prosecute.

SO ORDERED.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: September 29, 2020
      New York, New York