UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>　　　　　　Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　On January 22, 2021, the Court ordered counsel to provide an update regarding the status of the case by February 22.  (See dkt. no. 40.)  Nothing was ever filed.  Accordingly, counsel shall confer and inform the Court by letter no later than April 2, 2021 of the status of the action.  Failure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute.

**SO ORDERED.**

Dated:　　March 26, 2021
　　　　　　New York, New York

　　　　　　　　　　　　_____
　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　Senior United States District Judge