UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>    Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>    Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The parties shall appear for a teleconference on October 14, 2021 at 2:00 p.m. using the dial-in 877-402-9753, access code: 6545179. The parties shall be prepared to discuss Mr. Monaco's recently filed motion at docket number 49.

**SO ORDERED.**

Dated:  October 8, 2021
     New York, New York

               _____
               LORETTA A. PRESKA
               Senior United States District Judge