UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H.M.S. HUSSAR, INC.,

                    Plaintiff,

-against-

THE UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

                    Defendant.

No. 00-CV-121 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall confer and inform the Court by letter no

later than Wednesday, June 8, 2022 of the status of the action.

**SO ORDERED.**

Dated:    June 1, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1