UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>　　　　　　Defendant. | No. 00-cv-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　It is hereby ordered that the parties may use the jury room attached for courtroom 12A at 500 Pearl Street during business hours on December 20, 2022.

**SO ORDERED.**

Dated:　　December 8, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　Senior United States District Judge

1