```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>               Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND<br>ABANDONED SAILING VESSEL,<br><br>               Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court had previously made the jury room available for Mr. Governali's deposition on December 20. He appeared, as did the court reporter, and Mr. Monaco indicated that he was prepared to take the deposition remotely. Instead, Mr. Governali showed the Court his application, dated December 19, 2022, to Bronx Legal Services for pro bono counsel and requested an adjournment of the deposition. When asked why he had not alerted Mr. Monaco of his request for an adjournment, Mr. Governali responded that he did not want to look like he was trying to avoid the deposition.

    The Court granted an adjournment of two months but warned Mr. Governali that if a lawyer representing him did not agree with Mr. Monaco within two months to a date for Mr. Governali's deposition, he would be required to sit for his deposition within two weeks, with or without a lawyer.

1

Because of his failure to alert Mr. Monaco in advance to his request for an adjournment, Mr. Governali was ordered to pay the court reporter's appearance fee of $200.00 within one month.  Mr. Governali is warned that failure to do so may result in contempt and additional penalties.

Mr. Monaco shall mail a copy of this order to Mr. Governali.

**SO ORDERED.**

Dated:    December 20, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge