```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>                    Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court had previously ordered that the jury room attached to Courtroom 12A at 500 Pearl Street would be made available to the parties to conduct the deposition of Mr. Governali on December 20, 2022. (Dkt. no. 73.) On December 20, Mr. Governali appeared in the Courtroom, showed the Court evidence of his efforts to retain counsel, and requested the deposition be adjourned. (Dkt. no. 74.) The Court granted an adjournment but warned Mr. Governali that if a lawyer representing him did not agree with Mr. Monaco within two months to a date for Mr. Governali's deposition, Mr. Governali would be required to sit for his deposition within two weeks of the expiration of the two-month deadline, with or without a lawyer. (Id.)

   On March 1, 2023, Mr. Monaco informed the Court that Mr. Governali has yet to formally retain counsel. (Dkt. no. 75.) Accordingly, Mr. Governali is ordered to appear for his

deposition, with or without counsel, on March 14, 2023, at 10:00 AM in the jury room attached to Courtroom 12A at 500 Pearl Street. Mr. Monaco is responsible for making all arrangements for the deposition, including whatever technology might be required if the deposition is to be virtual. Failure to appear as ordered may result in fines or other sanctions.

    Mr. Monaco shall mail a copy of this order to Mr. Governali.

**SO ORDERED.**

Dated:    March 2, 2023
         New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge