UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>                    Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received Mr. Monaco's letter dated June 8, 2023. (Dkt. no. 79.) Mr. Governali shall respond to Mr. Monaco's letter by letter or email no later than June 15, 2023.

Mr. Monaco shall mail a copy of this order to Mr. Governali.

**SO ORDERED.**

Dated:   June 9, 2023
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge