UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.M.S. HUSSAR, INC.,

                    Plaintiff,

-against-

THE UNIDENTIFIED, WRECKED, AND
ABANDONED SAILING VESSEL,

                    Defendant.

No. 00-CV-121 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Following the conference held in the above-captioned case on February 15, 2024 (the "Conference"), the Court issues the following rulings:

Mr. Monaco shall promptly send to Mr. Governali the proposed documents the parties discussed at the Conference. Upon receipt of such documents, Mr. Governali shall promptly review the documents and return them, with any comments or proposed modifications, to Mr. Monaco. The parties shall have until March 15, 2024, to file a report with the Court about the status of their proposal.

Any prior order restricting Mr. Governali's travel to the Southern District of New York is hereby vacated.

Mr. Monaco shall mail a copy of this order to Mr. Governali.

**SO ORDERED.**

Dated:      February 15, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge