UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.M.S. HUSSAR, INC.,

              Plaintiff,

-against-

THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,

              Defendant.

No. 00-CV-121 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of the letter filed by Mr. Monaco, dated March 11, 2024. (See dkt. no. 84.) The parties shall appear for a teleconference at 2:30 p.m. on April 3, 2024, using the dial-in (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    March 12, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge