UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>              Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>              Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Mr. Monaco, dated May 31, 2024.  (See dkt. no. 86.)  The parties shall appear for a teleconference at 11:00 a.m. on June 24, 2024, using the dial-in (877) 402-9753, access code: 6545179.  Mr. Monaco shall serve a copy of this order upon Mr. Governali.

**SO ORDERED.**

Dated:    June 3, 2024
            New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge