```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,<br><br>                Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the letter filed by Richard G. Monaco requesting a conference in the above-captioned case. The parties shall appear for a conference in Courtroom 12A, 500 Pearl Street, New York, New York 10007 at 10:00 a.m. on September 18, 2024 to address the concerns Mr. Monaco raises in his letter. Mr. Monaco shall mail a copy of this order on Joseph Governali and on Mr. Governali's attorney.

**SO ORDERED.**

Dated:    September 11, 2024
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge