UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
H.M.S. HUSSAR INC.

                Plaintiff,

    -against-

THE UNIDENTIFIED, WRECKED and
ABANDONED SAILING VESSEL, her tackle,
armament, apparel, cargo, etc., located in an area
bounded by coordinates: a) 40 degrees, 47' 49.99' North
-073 degrees 54' 54.71" West; b) 40 degrees 47' 28.18" North
073 degrees 54' 36.01" West; c) 40 degrees 48' 19.04" North-
073 degrees 53' 46.50" West; and, d) 40 degrees 48' 04.02"
North – 73 degrees 53' 05.43" West,

                Defendant.
-----------------------------------------------------------------X

ORDER

Docket No.:
00-CIV-121 (LAP)

Honorable Loretta A. Preska

THE FOLLOWING PERSONS HAVING APPEARED BEFORE THE HONORABLE LORETTA A. PRESKA, at the Courthouse located at 500 Pearl Street, New York, New York 10007, Courtroom 12A on September 18, 2024:

Richard G. Monaco, Esq., representing Board Members of H.M.S. Hussar Inc., James Kays, Sho Ishido and Robert Lewis, and these Board Members also being present; and, Todd Cushner, Esq., representing Board Member, Joseph Governali, and Joseph Governali also being present; and, after discussion on the Record:

IT IS HEREBY ORDERED AS FOLLOWS:

1. Joseph Governali is hereby directed to communicate to all prior counsels involved in this matter, in writing, no later than October 20, 2024, requesting their respective file materials concerning this matter.

2. Joseph Governali shall promptly provide all documents he receives from these attorneys to his attorney, Todd Cushner, Esq., who will, in turn, provide all such documents to Richard G. Monaco, Esq. within two weeks of his obtaining same.

3. Joseph Governali to provide documents, if any, in his possession or in the possession of any attorney who has represented him in connection with these matters, to his counsel Todd Cushner, Esq. from the United Kingdom in connection with of the Hussar Wreck and / or salvage of the Wreck, or documents whereby the United Kingdom has waived any right or claim to the Wreck or the salvage of the Wreck. This shall be done by October 20, 2024.

4. Todd Cushner, Esq. shall provide any documents received pursuant to directive number 3 above, to Richard G. Monaco, Esq, within two weeks of his obtaining same.

5. Todd Cushner, Esq. and Richard G. Monaco, Esq. shall apply to the United States Bankruptcy Court to lift the automatic stay of that Court to the extent it applies to this pending Maritime lawsuit, and this shall be done by October 20, 2024.

6. Richard G. Monaco, Esq. and Todd Cushner, Esq. shall report to the Court no later than November 15, 2024 as to what actions of a legal nature they propose that this Court should take with respect to the position of the United Kingdom in connection with the claims made in this Maritime matter. These attorneys shall also advise the Court as to the status of the Bankruptcy matter and the application seeking to lift the automatic stay of that Court.

Dated: New York, New York
September 24, 2024

_____
HONORABLE LORETTA A. PRESKA
U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK