UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.M.S. HUSSAR, INC.,

        Plaintiff,

-against-

THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,

        Defendant.

---

No. 00-CV-121(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the letter filed by Richard G. Monaco requesting a teleconference in the above-captioned case. (See dkt. no. 97.) The parties shall appear for a teleconference at 10:00 a.m. on November 19, 2024, using the dial-in (877) 402-9753, access code: 6545179. Mr. Monaco shall mail a copy of this Order to Joseph Governali and to Mr. Governali's attorney.

**SO ORDERED.**

Dated:    October 29, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge