UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.M.S. HUSSAR, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL, <br><br> Defendant. | No. 00-CV-121 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

As agreed during the telephone conference held today, the Court hereby orders Plaintiff's counsel, Richard G. Monaco, to submit a letter no later than November 26, 2024 providing an update on the status of the Settlement Agreement. Mr. Kushner shall provide Mr. Monaco with copies of letters of inquiry to Mr. Governali's prior attorneys and any responsive correspondence. The parties shall appear for a teleconference at 12:00 p.m. on December 17, 2024, using the dial-in (855)244-8681, access code: 23190063202. Mr. Kushner shall mail a copy of this Order to Joseph Governali.

**SO ORDERED.**

Dated:   November 19, 2024
         New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1