<u>Via Fed-Ex</u>
AOL
770 Broadway
New York, NY 10003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
H.M.S. HUSSAR INC.

        Plaintiff,

  -against-

THE UNIDENTIFIED, WRECKED and
ABANDONED SAILING VESSEL, her tackle,
armament, apparel, cargo, etc., located in an area
bounded by coordinates: a) 40 degrees, 47' 49.99' North
-073 degrees 54' 54.71" West; b) 40 degrees 47' 28.18" North
073 degrees 54' 36.01" West; c) 40 degrees 48' 19.04" North-
073 degrees 53' 46.50" West; and, d) 40 degrees 48' 04.02"
North – 73 degrees 53' 05.43" West,

        Defendant.
-----------------------------------------------------------------X

ORDER

Docket No.:
00-CIV-121 (LAP)

Hon. Loretta A. Preska

THE FOLLOWING PERSONS HAVING APPEARED BEFORE THE HONORABLE LORETTA A. PRESKA, United States District Court Judge for the Southern District of New York, at the Courthouse located at 500 Pearl Street, New York, New York 10007, Courtroom 12A on November 19, 2024, VIA TELEPHONE CONFERENCE:

Richard G. Monaco, Esq., representing Board Members of H.M.S. Hussar Inc., James Kays, Sho Ishido, Mike Schiff and Robert Lewis, and some or all of these Board Members also being present; and Todd S. Cushner, Esq., representing Board Member, Joseph Governali, and Joseph Governali also being present; and, after discussion on the Record:

**IT IS HEREBY**:

**ORDERED**, that AOL shall, by no later than December 18, 2024, turn over to this Court and counsel for Joseph Governali, specifically Todd S. Cushner, any and all copies of all e-mails sent or received from the following two emails: jppgov3@aol.com and jppgov2@aol.com, from the inception of the aforesaid accounts until the closing of the accounts.

Dated:  November 25, 2024
New York, New York

_____
HON. LORETTA A. PRESKA
Senior United States District Judge