```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| H.M.S. HUSSAR, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE UNIDENTIFIED, WRECKED, AND<br>ABANDONED SAILING VESSEL,<br><br>                    Defendant. | No. 00-CV-121 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The teleconference scheduled for tomorrow February 11, 2025 shall begin at 11:30 a.m., instead of the previously scheduled time of 10:00 a.m., using the same dial-in number: 855-244-8681, access code 23190063202.

Mr. Monaco shall mail a copy of this Order to Mr. Governali.

**SO ORDERED.**

Dated:      February 10, 2025
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1