UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

H.M.S. HUSSAR, INC.,

           Plaintiff,

-against-

THE UNIDENTIFIED, WRECKED, AND ABANDONED SAILING VESSEL,

           Defendant.

---

No. 00-CV-121 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As discussed during the telephone conference held yesterday, February 10, 2025, the parties shall appear for a teleconference on March 13, 2025 at 10:00 a.m. using the dial-in (855) 244-8681, access code: 23190063202.

    Mr. Monaco shall mail a copy of this Order to Mr. Governali.

**SO ORDERED.**

Dated:    February 12, 2025
           New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge